IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IAN LUSUNG, <br><br>　　　　　　Plaintiff, <br>v. <br><br>GUANGZHOUZHAOWENSHANGMAOYOUXIANGONGSI ET AL., <br><br>　　　　　　Defendants. | Civil Action No. <br><br>25-cv-00989 <br><br>(Judge Hardy) |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through its undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendants: Guangzhou huang gua shangmao youxian gongsi, Bellproperty, FUNSTORE US, Wassud, YETTASBIN, YEGAME, Coikll, ATTX, Nander, GUIJI-DIY, BOESI, SDMKA, MAOBLYR, Hanihan, One Bear, DoMouse, HLZHLZ, FUGIDOG, FunHomie, DIYHOT, Sugar Life HDecor, lichengzhi2023, Lijuanjuan-1, DIGTIA, CUPADA, ZHIHUISM, Guitong, Foruauto, Fehuew, litebear, JUMPFISH, ARTMULU, h-snail, AO-NINEONE, xianyugongsi, mingqiansi, Winwinteck, Shorogyt, Dreamcase.Inc, AxxitudeUS, zhoujiahongbaihuodian, fujianlonghushan, famamediy, haikouwuweiye, SunFansgWei, Joyful Fashion Babies, SHINING BEAUTY, Qtinghua Fashion, Children Clothes, 7 To 15 Days Delivery, Choose Me, WERYOUNG, LRCCJS, edxccc, Tailor Made Gifts, BSNTHO-HOME, Bling Starry House, iCasey, LOJAOGON, Baodanfu, MOFEIYUE, Suogkeale-US, Feilifu, ABEE Baby Girl Boy Clothes-Direct, Mubineo, YTGBFYIK, MAINESAKA, Biayxms, SPEKSEE Store, with each party to bear its own attorneys' fees, costs, and expenses. The

dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: August 18, 2025              /s/ Stanley D. Ference III
                                                  Stanley D. Ference III
                                                  Pa. ID No. 59899
                                                  courts@ferencelaw.com

                                                  FERENCE & ASSOCIATES LLC
                                                  409 Broad Street
                                                  Pittsburgh, Pennsylvania 15143
                                                  (412) 741-8400 – Telephone
                                                  (412) 741-9292 – Facsimile

                                                  Attorney for Plaintiff