IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IAN LUSUNG,<br><br>                      Plaintiffs,<br><br>v.<br><br>GUANGZHOUZHAOWENSHANGMAOYOUXIANGONGSI, *et al*.,<br><br>                      Defendants. | Civil Action No. 25-cv-989<br><br>**(Judge Hardy)** |

### REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS

To the Clerk of the U.S. District Court for the Western District of Pennsylvania

    You will please enter the defaults of each of the Defendants as noted in Schedule "A" hereto for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the Affidavit of Stanley D. Ference in Support of Request to Enter Default hereto attached.

                                                   Respectfully submitted,

Dated: August 19, 2025                      /s/Stanley D. Ference III
                                                     Stanley D. Ference III
                                                     Pa. ID No. 59899
                                                   courts@ferencelaw.com

                                                   FERENCE & ASSOCIATES LLC
                                                   409 Broad Street
                                                   Pittsburgh, Pennsylvania 15143
                                                   (412) 741-8400 – Telephone
                                                   (412) 741-9292 – Facsimile
                                                   Attorneys for the Plaintiff