# Schedule "A"

# Defendants with Store Name and Seller ID

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 1 | GuangZhouZhaoWenShangMaoYouXianGongSi | AU54HXM27YEGX |
| 2 | Zhyffcc | A2EIGJNRP59YCA |
| 3 | KunMingGengHangShangMaoYouXianGongSi | A2AJEEJ9FQYO7P |
| 4 | liushuangxianqirunfushiyouxian | A2T7DZKWHVB7RW |
| 12 | GABraden | A1TUC7XDTRT10T |
| 13 | Armanity | A34MEBEO076VH4 |
| 16 | qiranmaoyiyouxingongsi | A1MGU53WIZWNA8 |
| 17 | COOLDEER | A1781YJ2BD83OO |
| 18 | XMCJQ | A2J4PQFMKOKGM8 |
| 21 | Deokke | A2SKY7S3884ECQ |
| 22 | JNlanqi | A13XCWDFZCFOE9 |
| 23 | Kaltoon | A318F0XTA38ZI1 |
| 25 | Fstudio | A277IXEHNEN6OX |
| 26 | ENXOWM | A1C15QP3FYEUZQ |
| 27 | FVBAO | A26X8W9S7XIU9H |
| 29 | Watbro | A4VYSMZDXXVXG |
| 30 | linjianbintingfeng1 | A3M50O48SMIPRJ |
| 32 | CHIFIGNO | A2Q530TWVKT5CC |
| 33 | Use4 | A2GHW5MSOTYW2 |
| 34 | ZZHW | A3FCLQMVIYM6AQ |
| 35 | adornlife | A24I7VUNARSTYP |
| 36 | ███████ | ███████ |
| 37 | Perfect Art Life | A1NUHLXYJFVHG |
| 41 | Vomwwlix | A1UPCMOPSPI08U |
| 43 | HAOGEBAOFU Store | A37GD57HQLTMLP |
| 45 | aBu | A1GYIL2QQ4WP7Z |
| 46 | Seorsok | A13OKZ2LJKYOUD |
| 48 | Skycess | A1GK5V6D4LRET1 |
| 49 | WOOR | A35LLXH07KA2N7 |
| 50 | USCHIFIYU | A2HBJYX8D94Y3L |
| 51 | ALAZA | A8VWBNWPDDEUU |
| 52 | Selerdon | AO4Y5XFTJZ89D |
| 53 | WHBAG | ASMVIWNF6G5VD |
| 55 | ShoPen | A26WY76VQNYVRC |
| 56 | wozo | A3VA35HGSZO1ZP |
| 57 | Wusikd | A2XA8SYYE76ISX |
| 58 | Rainnielove | A3LQ9LJ1UUR1H |
| 60 | Oyisca | A24I9SA2LJLXI3 |

| | | |
|---|---|---|
| 61 | OREZI | AF3SYPWSXVL10 |
| 64 | XTXSMY | A2JPV1SDQN39IJ |
| 65 | hanleixiangkuajing | AL9T4N7BB3VAB |
| 66 | ShanJy | A2SCDKKN4PQ25T |
| 68 | LUMDDY | A1HB341XDU7JL3 |
| 70 | xinxinxiangrongdianzishangwuzhongxin | A9SMT668G4LNY |
| 71 | Yulin trade | AK8QWBA5DHWZE |
| 72 | LOQUPE DESIGN | A27GJSCGHYM8V6 |
| 74 | shzhujie | A12TGXRX8WNQ7Y |
| 75 | xiamenshihuliqulianghuishuichanpinjingyingbu | A1MZHI0PX7W8NU |
| 76 | TMKcase | A23E9EWF2ZPN8N |
| 78 | Miwasion | ALPFO3W4FFH9K |
| 79 | Shanghai Songyu Trading Co., LTD | ANEQX4M8WX6KR |
| 82 | SHnanping | A337HRA7KMX5H6 |
| 83 | FireEC | A2VFFBXGL3ARQX |
| 85 | XDKDZIS | A1CL21BX8E6KJ4 |
| 87 | LMBZALWA | A1NNLBC4FGOYQ9 |
| 89 | JINANZELINYUXINXIKEJIYOUXIANGONGSI | A3IGNMTWZVP2XD |
| 92 | caozhongliang | A1YWYUH6TRPGO2 |
| 94 | Qceqkul | A24QH8UOCMAPE |
| 95 | POUKE | A15Q3CPYL8AXCM |
| 96 | Nangou | A1GHU7XHRAOQ0C |
| 98 | TChengrong | A3L8EWFUM2LL4C |
| 99 | maosuguoji | A3I0XONC0FUZM7 |
| 104 | YACUME Store | A2RB1NGHUIWWXW |
| 105 | shanghailufengtongmaoyiyouxiangongsi | A20FQWNVGO7563 |
| 106 | xuzhouyanzhixiangshangmaoyouxiangongsi | AW0YR0VRJZ9UI |
| 111 | JINANCHUANGMEIDADIANZISHANGMAOYOUXIANGONGSI | A3HOHA4BW719N1 |
| 112 | MaMaDeAAi | A2VP9FXKRMQ7CC |
| 113 | Makosoo | AQCZNVZC4AX73 |
| 116 | cui chuan dian zi shang mao | A163RXMBG3A3L7 |
| 117 | ZGFDGBHF | AINZNSM5S1ZKF |
| 118 | YYYDIANZISHANGWU | A1VTMF50VYYQ49 |
| 122 | foixnub | A1B6DKN0OX1VZQ |
| 123 | DINGSHENGXINRUI | AORWVR4OZKZNH |
| 127 | LiYongQiangRiYongPinYouXianGongSi | A26ZHY80YZGUIE |
| 128 | yicendianzishangwuyouxia | A2URRNP0FNKFZ8 |
| 129 | LifeCustomize | A1AYY4VW577VB7 |
| 130 | Lurafexi | A243CKTCEU8W4P |
| 131 | ZENIXIS | A24MWTUR8L0K2D |
| 134 | WEIYEKO | ADIHLRLES71H1 |
| 135 | Fatecreator | A2TSSZN10O2SGU |
| 137 | putianshisuolamoduo | A8CLZ2I9UWU9H |
| 138 | xinxinyuyuasx | A1J5OJTJBWJKEP |
| 139 | Jinhua shi jiu sun dianzi shangwi youxian gongsi | A3PPY4S9IK47C |

| | | |
|---|---|---|
| 140 | shuaijiangbaihuodian | AKY4B9XEJ1SXD |
| 141 | zhaitiantian | ALVBHQX3H7424 |
| 142 | putianshichengxianguguozhihaomaoyiyouxiangongsi | AWH44X631YDSX |
| 143 | Jingshan wei zhen bafang dianzi shangwu youxian gongsi | AS478RV0649AO |
| 144 | SHANGPINYAOHANG | A13AQ6L5AXB56X |
| 148 | wanzaifubu | A6DVYFVQ9F9AI |
| 151 | Weiyuan | 101664807 |
| 152 | AIMILI | 101620804 |
| 153 | luobin | 101625815 |
| 155 | Yuan's Store | 101643837 |
| 156 | Baby Clothing Store | 101578216 |
| 157 | KOI-Superin | 102491021 |
| 158 | Luo Zhiqiong's shop | 101618633 |
| 159 | BeautifulClothes | 101491443 |
| 160 | Young&Beautiful | 101501175 |
| 162 | hongliangshangmao | 102522791 |
| 164 | Xingchengyidianzishangwu | 102502502 |
| 165 | BIW 258 | 101566248 |
| 166 | FumzgaYe Kids Store | 101609685 |
| 167 | Srinalash | 101576735 |
| 168 | Jylove PTQL | 101501193 |
| 170 | Qiyuan Store | 101209379 |
| 172 | Ling store | 101567655 |
| 174 | HQiJIAN | 102514276 |
| 176 | ChuXiongLiXing001 | 101649957 |
| 177 | zhi xian jiao | 101645462 |
| 178 | songguoronggegearong | 102572198 |
| 179 | Yi Yong Co., Ltd. | 101666054 |
| 180 | BUFO | 101098500 |
| 182 | Zhang Peng market | 102624760 |
| 183 | Yiawesomeshop | 101669776 |
| 184 | Huioneten | 101654872 |
| 185 | W•S•H Ltd. | 101246753 |
| 186 | yggo | 101427689 |
| 187 | ZYC Network | 101312189 |
| 188 | Gulaite | 102524716 |
| 189 | MHWL Network | 102481395 |
| 190 | Bestroad Supply Chain | 102485207 |
| 191 | Jing Ma | 102662480 |
| 192 | XinXin | 102662492 |
| 193 | ArtElegance | 634418219996893 |
| 194 | Artful Eest AA | 634418219907158 |
| 195 | Wkvfkuk | 634418219920614 |
| 196 | Xlgptkd | 634418218753130 |
| 197 | Dxdshgr | 634418218484435 |

| 198 | Jpifaik | 634418218747228 |
|-----|---------|-----------------|
| 199 | Fvlisrn | 634418219341300 |
| 200 | Jvqvhlg | 634418218509965 |